UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 12 2005 ★
BROOKLYN OFFICE

-----------------------------------------------------------X

MARCEL VACHET,

              Petitioner,

JUDGMENT
04-CV- 3515 (JG)

-against-

CALVIN WEST, Superintendent,
Auburn Correctional Facility,

              Respondent.
-----------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 24, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       September 09, 2005

                                         s/Robert C. Heinemann
                                         ROBERT C. HEINEMANN
                                         Clerk of Court